

# BRICK, BRICK AND ELMER, P. C.
## ATTORNEYS AND COUNSELLORS AT LAW
### 91 TREMONT STREET
### P. O. BOX 604
### NORTH TONAWANDA, NEW YORK 14120-0604

DANIEL EVANS BRICK
SABRINA M. MAY
JOHN A. READLING

PHONE (716) 693-2335
FAX (716) 693-4972
BRICKELMER@AOL.COM

ANTHONY W. BRICK, JR.
(1909-1991)

THOMAS R. ELMER
(1945-2004)

September 16, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
2nd Floor
Buffalo, NY 14202

FILED SEP 20 2011 BANKRUPTCY COURT BUFFALO, NY

RE: Gruenauer, Nicole E./Case No.: 09-11185 K
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $2.35. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

\_\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), or

__X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Claimant | Amount | Claims Register # |
|---|---|---|
| Time Warner Cable | $2.35 | 7 |
| | | |
| | | |

/s/ Daniel E. Brick, Trustee